UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KWAKU O. KUSHINDANA

VERSUS

BLUE CENTER, INC., D/B/A
"HASSLEFREECELL" &
"HASSLEFREERETURNS"

CIVIL ACTION

NUMBER 10-00472-FJP-DLD

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which an objection was filed:

IT IS ORDERED that this court does not have subject matter jurisdiction over plaintiff's claims as they do not satisfy the amount in controversy requirement of 28 U.S.C. §1332; therefore, plaintiff's suit shall be DISMISSED, WITHOUT PREJUDICE, pursuant to 28 U.S.C. §1915 and Fed. R. Civ. P. 12 (h)(3).

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, December 1, 2010.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#47050